LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GERALD TRAUTVETTER, | No.  EDCV 11-01699 RZ |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00). ~~subject to the terms of the stipulation~~.

    DATE:  October 15, 2012     *[signed] Ralph Zarefsky*

              HON. RALPH ZAREFSKY
               UNITED STATES MAGISTRATE JUDGE